■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JOHNSON, JR., Appellant. [909 NYS2d 646]—

Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated October 21, 2009, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's designation of the defendant as a level three sex offender under the Sex Offender Registration Act (hereinafter SORA) was supported by clear and convincing evidence (*see* Correction Law § 168-n [3]). The County Court properly assessed 25 points under risk factor 2 and 20 points under risk factor 4 (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 9-10 [2006]). The victim's sworn statements, offered by the People at the SORA hearing, constituted "reliable hearsay" (Correction Law § 168-n [3]; *People v Mingo*, 12 NY3d 563, 573 [2009]), and provided a sufficient basis for the assessment of those points.

Moreover, the defendant did not demonstrate that special circumstances existed which would warrant a departure from the risk level three designation (*see People v Maiello*, 32 AD3d 463 [2006]; *People v Guaman*, 8 AD3d 545 [2004]). Rivera, J.P., Angiolillo, Chambers and Austin, JJ., concur.